**PRICE LAW GROUP, APC**
David A. Chami, (SBN 027585)
1204 E Baseline Rd., Suite 102
Tempe, Arizona 85283
Telephone:   (818) 907-2133
Facsimile:   (866) 401-1457
Email:       david@pricelawgroup.com
Attorneys for *Plaintiff* **RAEANN PATTON**

**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 027091)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:   (949) 381-5900
Facsimile:   (949) 271-4040
Email:       bpaino@mcglinchey.com

Attorneys for *Defendant* **STERLING JEWELERS INC.**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RaeAnn Patton,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>Sterling Jewelers Incorporated, et al.,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02983-JJT<br><br>**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT STERLING JEWELERS INC.** |

**TO ALL INTERESTED PARTIES**:

**NOTICE IS HEREBY GIVEN** that *plaintiff* RaeAnn Patton ("Plaintiff") and *defendant* Sterling Jewelers Inc. ("Sterling," and together with Plaintiff, the "Parties") have reached an agreement to resolve all claims alleged against Sterling in this action. The Parties are currently in the process of finalizing a confidential settlement agreement. Once the agreement is finalized, the Parties will file a

///

///

///

stipulation of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. As a result of the settlement between the Parties, the Parties are submitting this notice in lieu of a Joint Rule 26(f) Report.[1]

Dated: January 3, 2017     **PRICE LAW GROUP, APC**

By: */s/ David A. Chami* (with permission)
David A. Chami
1204 E. Baseline Road, Suite 102
Tempe, Arizona 85283
Attorneys for *Plaintiff* **RAEANN PATTON**

Dated: January 3, 2017     **MCGLINCHEY STAFFORD**

By: */s/ Brian A. Paino*
Brian A. Paino
18201 Von Karman Ave., Suite 350
Irvine, CA 92612
Attorneys for *Defendant* **STERLING JEWELERS, INC.**

---

[1] Plaintiff intends to file a Joint Rule 26(f) Report with the sole remaining defendant Springleaf Financial Services, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this case.

*/s/  Carol Rico*