PRICE LAW GROUP, APC
David A. Chami, AZ #027585
1204 E Baseline Rd., Suite 102
Tempe, AZ 85283
P: 818-907-2133
F: 866-401-1457
david@pricelawgroup.com
Attorneys for Plaintiff RaeAnn Patton

McGLINCHEY STAFFORD
Brian A. Paino (SBN 027091)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone: (949) 381-5900 Facsimile: (949) 271-4040
Email: bpaino@mcglinchey.com
Attorneys for Defendant Sterling Jewelers, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RaeAnn Patton,<br><br>        Plaintiff,<br><br>vs.<br><br>Sterling Jewelers, Inc.; Springleaf Financial Services, Inc.; and Experian Information Solutions, Inc.,<br><br>        Defendants. | Case No.: 2:16:cv-02983-PHX-JJT<br><br>**STIPULATON TO DISMISS STERLING JEWELERS, INC. WITH PREJUDICE** |

   **NOTICE IS HERBY GIVEN** that on this day Plaintiff RaeAnn Patton by and through her attorneys, Price Law Group APC, and Defendant Sterling Jewelers, Inc. ("Sterling") by and through its attorneys, McGlinchey Stafford, hereby stipulate to dismiss the above action in its entirety, with prejudice, against Sterling, each party to bear its own costs and attorneys' fees.

///

RESPECTFULLY SUBMITTED,

Dated: January 30, 2017          **PRICE LAW GROUP, APC**

By: /s/ *David A. Chami*

David A. Chami
1204 E. Baseline Road, Suite 102
Tempe, Arizona 85283
Attorneys for Plaintiff RaeAnn Patton

Dated: January 30, 2017          **MCGLINCHEY STAFFORD**

By: /s/*Brian A. Paino*
Brian A. Paino
18201 Von Karman Ave., Suite 350
Irvine, CA 92612
Attorneys for Defendant
Sterling Jewelers, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 30th day of January, 2017. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

/s/ Sandra Padilla