NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RaeAnn Patton, | No. CV-16-02983-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Sterling Jewelers Incorporated, *et al.*, | |
| Defendants. | |

Upon review of the Stipulation to Dismiss Sterling Jewelers, Inc. With Prejudice (Doc. 45), filed by Plaintiff and Defendant Sterling Jewelers, Inc., only, and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 45). The above-entitled matter is hereby dismissed with prejudice as to Defendant Sterling Jewelers, Inc., only, the parties to bear their own costs and attorneys' fees.

Dated this 2nd day of February, 2017.

_____
Honorable John J. Tuchi
United States District Judge