| | |
|---|---|
| 1 | PRICE LAW GROUP, APC |
| 2 | David A. Chami, AZ #027585 |
| | 1204 E Baseline Rd., Suite 102 |
| 3 | Tempe, Arizona 85283 |
| | Telephone: (866) 881-2133 |
| 4 | Facsimile: (866) 401-1457 |
| | david@pricelawgroup.com |
| 5 | Attorney for Plaintiff |
| | Raeann Patton |

Jennifer Sun (*Admitted Pro Hac Vice*)
jennifersun@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone:  949.851.3939
Facsimile:  949.553.7539
Attorneys for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RaeAnn Patton, | Case No.: 2:16-cv-02983-PHX-JJT |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |
| vs. | |
| Sterling Jewelers, Inc.; Springleaf Financial Services, Inc.; and Experian Solutions, Inc., | |

Plaintiff RaeAnn Patton ("Plaintiff") through her attorneys, Price Law Group APC, and Defendant Experian Information Solutions, Inc. ("Experian"), by and through its attorneys, Dessaules Law Group and Jones Day, hereby stipulate to dismiss Plaintiff's

claims against Experian with prejudice pursuant to Rule 41(a)(2), with each party to bear its own costs and attorneys' fees.

DATED: June 9, 2017    **PRICE LAW GROUP, APC**

By: */s/ Stuart M. Price*
Stuart M. Price
Attorneys for Plaintiff
Raeann Patton

DATED: June 9, 2017    **JONES DAY**

By: */s/ Jennifer Sun*
Jennifer Sun
Attorneys for Defendant
Experian Information Solutions, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the foregoing CM/ECF registrants:

*/s/ Sandra Padilla*

STIPULATION FOR DIMISSAL