NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RaeAnn Patton, | No. CV-16-02983-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Sterling Jewelers Incorporated, *et al.*, | |
| Defendants. | |

Upon review of the Stipulation for Dismissal of Experian Information Solutions, Inc. With Prejudice (Doc. 48), filed by Plaintiff and Defendant Experian Information Solutions, Inc. only, and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 48) is granted. The above entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc., only, with the parties to bear their own costs and attorneys' fees.

Dated this 12th day of June, 2017.

Honorable John J. Tuchi
United States District Judge