**PRICE LAW GROUP, APC**
David A. Chami, AZ #027585
1204 E Baseline Rd., Suite 102
Tempe, AZ 85283
P: 866-881-2133
Fax: 866-401-1457
david@pricelawgroup.com
*Attorney for Plaintiff RaeAnn Patton*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RAEANN PATTON,<br><br>     Plaintiffs,<br>vs.<br><br>STERLING JEWELERS, INC;<br>SPRINGLEAF FINANCE, INC; and<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br><br>     Defendants. | Case No.: 2:16-cv-02983-JJT<br><br>**STIPULATION FOR DISMISSAL OF SPRINGLEAF FINANCE, INC WITH PREJUDICE** |

RaeAnn Patton ("Plaintiff") through her attorneys, Price Law Group APC, and Defendant Springleaf Finance, Inc. ("Springleaf"), by and through its attorneys, Fennemore Craig, P.C., hereby stipulate to dismiss Plaintiff's claims against Springleaf with prejudice pursuant to Rule 41(a)(2), with each party to bear its own costs and attorneys' fees

DATED: July 25, 2017          **PRICE LAW GROUP, APC**

By: */s/David A. Chami*

David A. Chami
*Attorney for Plaintiff RaeAnn Patton*

DATED: July 25, 2017                    **FENNEMORE CRAIG, P.C.**

By: */s/ J. Christopher Gooch*
J. Christopher Gooch
2394 East Camelback, Suite 600
Phoenix, AZ 85016-3429
T: (602) 916-5000
*Attorneys for Defendant*
*Springleaf Financial Services, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the foregoing CM/ECF registrants:


*/s/ Sandra Padilla*