NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RaeAnn Patton,<br><br>      Plaintiff,<br><br>v.<br><br>Sterling Jewelers Incorporated, *et al.*,<br><br>      Defendants. | No. CV-16-02983-PHX-JJT<br><br>**ORDER** |

Upon review of the Stipulation for Dismissal of Springleaf Finance, Inc. With Prejudice (Doc. 50), filed by Plaintiff and Defendant Springleaf Finance, Inc. only, and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation (Doc. 50). The above entitled matter is hereby dismissed with prejudice as to Defendant Springleaf Finance, Inc., only, with the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that Defendant Springleaf Finance, Inc., being the last remaining defendant in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

Dated this 26th day of July, 2017.

                                              Honorable John J. Tuchi
                                              United States District Judge